UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK WAYNE GREENUP,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE of WASHINGTON, CPS,<br><br>  Defendant. | NO. CV-08-3008-EFS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

On May 5, 2008, the Court ordered Plaintiff Patrick Greenup to file an amended complaint that complied with the Local Rules and the Federal Rules of Civil Procedure. In response, Plaintiff filed a letter stating his desire to pursue his libel and slander claims against the state CPS and requesting that the Court appoint counsel. (Ct. Rec. 6.) Because Plaintiff's letter did not comply with either the Local Rules or the Federal Rules of Civil Procedure, the Court advised Plaintiff on June 6, 2008, that his letter did not constitute a complaint; the Court provided Plaintiff with sixty (60) days to file an amended complaint. (Ct. Rec. 7.) On June 19, 2008, the Clerk's Office received a letter from Plaintiff dated June 13, 2008. (Ct. Rec. 8.) On June 26, 2008, the Court cautioned Plaintiff that the letter did not serve as an amended complaint

ORDER * 1

because it also failed to comply with the format requirements of the Local Rules and the Federal Rules of Civil Procedure; the Court ordered Plaintiff to file an amended complaint no later than August 7, 2008, or risk dismissal. Plaintiff did not do so.

Because Plaintiff failed to file an Amended Complaint, **IT IS HEREBY ORDERED**:

1. Enter this Order;
2. Enter judgment of dismissal **with prejudice**;
3. Forward a copy to Plaintiff at his last known address; and
4. Close the file

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this ___10th___ day of September 2008.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2008\3008.dismiss.wpd

ORDER * 2