AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

PATRICK WAYNE GREENUP,
                    Plaintiff,

                                                    JUDGMENT IN A CIVIL CASE

                    v.

STATE OF WASHINGTON, CPS,
                    Defendant.                       CASE NUMBER: CV-08-3008-EFS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED this matter is dismissed with prejudice pursuant to the Order Dismissing Action With Prejudice entered on September 10, 2008, Ct. Rec. 10.

September 10, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas